United States District Court
Middle District of Florida
Jacksonville Division

**BARBARA J. HEJDUK AND CHARLES A. HEJDUK,**

    *Plaintiffs,*

v.                                        **NO. 3:20-cv-61-J-34PDB**

**ETHICON, INC., AND JOHNSON & JOHNSON,**

    *Defendants.*

## Order

The defendants move to seal three exhibits to two motions to exclude expert opinions because the exhibits include unredacted personal information. Doc. 94.

The defendants explain the exhibits—Docs. 88-1, 88-3, and 89-1—are curricula vitae for experts that include the experts' birthdates.[1] Doc. 94 at 2. The defendants explain they have now filed redacted versions of the exhibits omitting the birthdates.[2] Doc. 94 at 2; *see* Docs. 91–91-2, Docs. 92–92-1. The clerk removed the original, unredacted exhibits from the docket after the defendants filed the redacted versions. *See* docket notations for Docs. 88 and 89.

Because the original exhibits are no longer on the docket, the Court **denies**

---

[1]In an electronic filing that includes a birthdate or the name of an individual known to be a minor, the filing may include only the year of the individual's birth and the minor's initials. Fed. R. Civ. P. 5.2(a)(2)–(3).

[2]The defendants explain one of the exhibits, Doc. 89-1, also names the expert's children and, without knowing their birthdates, the defendants redacted the names in an abundance of caution. Doc. 94 at 2 n.1; *see* Doc. 92-1 (redacted version).

2

the motion to seal them, Doc. 94, as unnecessary.

**Ordered** in Jacksonville, Florida, on September 18, 2020.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   Counsel of Record